**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **ELEMENTAL TOOLS, L.L.C.,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL ACTION NO. 1:11cv30 (AJT/TRJ) |
| **IRON BRIDGE TOOLS, INC.,** *et al.* | ) |
| **Defendants.** | ) |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default the Clerk of this Court does hereby enter the default of defendant Home Depot U.S.A., Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO,
CLERK OF COURT

By:_____/s/_____
Tenesha Cheatham,
Deputy Clerk

Dated: March 1, 2011