Date: 4/15/11

Start: 10:17
Finish: 10:23

Judge: <u>Thomas Rawles Jones, Jr.</u>
Reporter: <u>FTR</u>

Civil Action Number: 11 cv 30

Elemental Tools, LLC.

vs.

Iron Bridge Tools, Inc. et al

Appearances of Counsel for (X) Pltf ( ) Deft
( ) Matter is uncontested
Motion to/for:

#12 - ∆'s motion to set aside default and for extension of time to respond to complaint - Granted

#34 - Pltf's motion to strike - Denied

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

( ) Report and Recommendation to Follow
(X) Order to Follow